IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANTHONY CARTER, | ) Civil Action No. 2:18-cv-0590 |
|---|---|
| Plaintiff, | ) United States District Judge |
| v. | ) Marilyn J. Horan |
| ALLEGHENY COUNTY, et al., | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72.

On January 7, 2020, the Magistrate Judge issued a Report (ECF No. 92) recommending that Plaintiff's case be dismissed, under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 868 (3d Cir. 1984), based on his failure to comply with a series of Orders regarding his continuing obligation to keep the Court apprised of his current address. The Court also notes that Plaintiff has failed to respond to Defendant Talabi's motion to dismiss. (ECF No. 82). Service of the Report and Recommendation was attempted at Plaintiff's listed address record, but was returned from Allegheny County Jail, with the notation: "RTS. Gone." (ECF No. 93). As noted in the Report, on December 5, 2019, Court staff confirmed that Plaintiff had been released from custody on November 4, 2019. Since that time, Plaintiff has had no communication with the Court or updated his address as required.

After a review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

1

This case is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to comply with Court Orders, and/or for his failure to prosecute. The Magistrate Judge's analysis under *Poulis*, as stated in the Report and Recommendation (ECF No. 92), is hereby adopted as the Opinion of the District Court.

**IT IS SO ORDERED.**

Dated: February 4th, 2020

Marilyn J. Horan
United States District Court Judge

cc: ANTHONY CARTER
167846
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219
(via U.S. First Class Mail)

All Counsel of Record
(via ECF electronic notification)